United States District Court
For the Northern District of California

E-filing

**F I L E D**

APR 2 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Basil,

            Plaintiff,

    v.

Household Finance Corporation, III

            Defendant.

No.    C3:04-cv-05209 MJJ

**ORDER OF DISMISSAL**

On April 13, 2005, the Court ordered Plaintiff to show cause in writing, no later than April 22, 2005, why the above-entitled action should not be dismissed. To date, Plaintiff has not complied with this order.

Accordingly, the present action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The clerk of the court is directed to close the file.

**IT IS SO ORDERED.**

Dated: 4|27|2005

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Basil,

               Plaintiff,

  v.

Household Finance Corporation, III et al,

               Defendant.

_____/

Case Number: CV04-05209 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vanessa Carpenter Lourie
Law Offices of Vanessa Carpenter Lourie PC
4400 MacArthur Boulevard, N.W., Suite 205
Washington, DC 20007-2521

Dated: April 27, 2005

Richard W. Wieking, Clerk

By: Monica Tutson, Deputy Clerk